(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

Brett Stansberry

**Plaintiff(s)**

Case No. 1:23CV006

J. BARRETT

M.J. BOWMAN

vs.

Springdale Police Department

**Defendants(s)**

## APPLICATION/ MOTION TO PROCEED
## WITHOUT PREPAYMENT OF FEES
## (IN FORMA PAUPERIS)
## AND AFFIDAVIT IN SUPPORT THEREOF

**Instructions:** In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.

**I. Are you employed?** Yes ✓ No ___
  A. If you answered "Yes":
   (1) What is the name and address of your employer
   *Hoff Cafeteria Xavier University*

   (2) How much do you earn per month?
   *Not sure closed for thanksgiving and winter break started in mid Oct*

  B. If you answered "No"
   (1) Have you ever been employed? Yes ✓ No ___
   If yes, what was the last year and month you were employed? *Oct 2022*
   How much did you earn a month? *Not sure*

**II. What is your marital status?**
  Single ✓  Married ___  Widowed ___  Divorced ___
  A. If you answered "Married":
   (1) Is your spouse employed? Yes ___ No ___
   If yes, how much does your spouse earn each month?
   $ ___

**III. Do you have any dependents?** Yes ___ No ✓
  If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

  | **Name** | **Relationship** | **Amount** |
  |---|---|---|
  |  |  |  |
  |  |  |  |

**IV.** Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source? Yes ___ No ✓
  A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

  | **Source** | **Amount** | **Source** | **Amount** |
  |---|---|---|---|
  |  | $ |  | $ |
  |  | $ |  | $ |
  |  | $ |  | $ |

**V. Do you have any cash on hand or money in a savings, checking, or other account?**
Yes __✓__  No____

   A. If you answered "Yes", state the combined total amount:
   $~~15~~ 10,000.00

**VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?**
Yes____  No____
   A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

**VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:**

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

**VIII. State your address and telephone number where the Court can reach you.**
550 Hutchins Ave Apt 3
Cincinnati, OH 45229
(513) 386-9090

I declare under penalty of perjury that the above information is true and correct.

Jan 5, 2023          Brett Stansberry
__Date__              __Signature of Applicant__