IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

__Brett Stansberry__
(Enter Above the Name of the Plaintiff in this Action)

vs.

__Police Department (Springdale OH)__
(Enter above the name of the Defendant in this Action)

1:23CV006
J. BARRETT
M.J. BOWMAN

If there are additional Defendants, please list them:

_____

_____

_____

**RECEIVED**

JAN - 5 2023

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

__Brett Stansberry__
Name - Full Name Please - PRINT

__850 Hutchins Ave Apt 3__
Street Address

__Cincinnati OH 45229__
City State Zip Code

__(513) 386-9090__
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. **S. Springdale Police Department**
   Name - Full Name Please
   **12105 Lawnview**
   Address: Street, City, State and Zip Code

2. _____

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☑ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

The Springdale Police Department was harassing me before they decided I threatened them, so they could arrest me. Who was surrounded and charged at (Touzan) before I was interrigated by the Chief of Police who was clearly told that I wasn't threatening anyone. Before Lt Zeek interrigated Touzan who admitted that he was being malicous. Before I was dragged to UC Hospital where the shrinks said I was fine while the police worked up charges so they could take me to jail. Where the police (Guards admistrators, pers onel) verbally and psycholigically to point of making think that the Chief of Police was working out a sex deal with the jail officers, and blatenly psych tested me. Before I was boled out. Which led to harassement at home. With people crab walking across the lawns taking control of Gold Star Chili. Case was dismissed, and dropped.

-3-

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

Case Number | Caption
--- | ---
1322CV543 | Brett Stansberry vs. Raising Canes
1322CV667 | Brett Stansberry vs. Pappadeaux

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I want this harassment that is said to cover psych testing that probate court says is not allowed charges of sex crimes that according to Connor a lawyer at Matt & Ernst who said that police do not have a detective assigned to my case. The imprisonment of so all officers involved in this harassment and finacle reimbercement

I state under penalty of perjury that the foregoing is true and correct. Executed on this 4 day of January 20 23.

Brett Stansberry
Signature of Plaintiff

-4-