# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| BRETT STANSBERRY, | : |
| *Plaintiff*, | : Case No. 1:23-cv-6 |
| vs. | : Judge Jeffery P. Hopkins |
| POLICE DEPARTMENT (SPRINGDALE OH), | : |
| *Defendant*. | : |

## JUDGMENT IN A CIVIL CASE

☐ **Jury Verdict.**     This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**     This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**     This action was decided by the Court without a trial or hearing.

**IT IS ORDERED AND ADJUDGED** that pursuant to the November 26, 2024 Order, the Magistrate Judge's July 19, 2024 Report and Recommendation is **ADOPTED** in its entirety. The Court thus **OVERRULES** Plaintiff's objections, **GRANTS** Defendant's motion to dismiss and **DISMISSES** Plaintiff's Complaint with prejudice.

Dated: November 26, 2024

Richard W. Nagel, Clerk of Court
By: /s Karli Colyer
Deputy Clerk